**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BARBARA A. STUART ROBINSON, | No. 10-36005 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-00112-MAT |
| v. | |
| GREEN RIVER COMMUNITY COLLEGE, | ORDER |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
Mary A. Theiler, Magistrate Judge, Presiding

Argued and Submitted November 6, 2012
Seattle, Washington

Before: W. FLETCHER and FISHER, Circuit Judges, and DEARIE, District
Judge.[*]

The parties' stipulated motion to voluntarily dismiss this case, filed

November 30, 2012, is **GRANTED**. The parties shall bear their own costs and

fees on appeal. A copy of this order shall constitute the mandate of this Court.

---

[*]The Honorable Raymond J. Dearie, Senior Judge, United States District
Court for the Eastern District of New York, sitting by designation.